# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEAL McCALEB, et al.,<br><br>　　　　　Defendants. | ) 1:05cv0555 OWW DLB<br>) (former Case No. 1:05mc0025)<br>)<br>) ORDER RECALLING SUMMONSES AND<br>) DIRECTING PLAINTIFF NOT TO SERVE<br>) SUMMONSES<br>)<br>) ORDER VACATING SCHEDULING<br>) CONFERENCE<br>)<br>)<br>)<br>) |

　　　　Plaintiff is proceeding in pro se and in forma pauperis. Plaintiff filed his complaint on April 21, 2005. The Magistrate Judge has issued Findings and Recommendation that the complaint be dismissed.

　　　　On April 27, 2005, the Court issued summonses for Defendants Brenda Hampton, Neal McCaleb, Curtis D. Wilson and Paul Yates. The summonses were mailed to Plaintiff. The summonses were issued in error and are therefore RECALLED. Plaintiff is ORDERED NOT TO SERVE the summonses on any Defendant.

1

1   Also on April 27, 2005, the Court set a scheduling conference for July 27, 2005, at 8:45
2   a.m., before the Honorable Oliver W. Wanger. Because the status of the case is uncertain, the
3   scheduling conference date is VACATED.
4   IT IS SO ORDERED.
5   **Dated:   April 28, 2005**                              **/s/ Dennis L. Beck**
    3b142a                                    UNITED STATES MAGISTRATE JUDGE