1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7            **EASTERN DISTRICT OF CALIFORNIA**

8

9 CHARLES ANTHONY GREENE,            )        1:05-cv-0555 OWW DLB
                                     )
10                  Plaintiff,       )        ORDER DISMISSING COMPLAINT
                                     )
11        v.                         )
                                     )
12 NEAL McCALEB, et al.,             )
                                     )
13                  Defendants.      )
                                     )
14 _____)

15

16        This case is before the Court on the Findings and

17 Recommendations of the Magistrate Judge to dismiss this

18 complaint.  This is the fourth complaint filed by the Plaintiff

19 before four different courts concerning the same subject matter.

20 Despite advice about the deficiencies in the complaint, Plaintiff

21 has not followed the directions of the Court regarding pleading

22 requirements despite an alleged change of theory of the case.

23        The Findings and Recommendations of the Magistrate Judge are

24 well reasoned and correct.

25        IT IS ORDERED:

26        1.    The Findings and Recommendations of the Magistrate

27 Judge are ADOPTED in full.

28        2.    This case is DISMISSED without prejudice for failure to

1

1   state a claim upon which relief can be granted.

2

3   DATED:   May __20__ , 2005.

4
                                        /s/ OLIVER W. WANGER
5                                       _____
                                            Oliver W. Wanger
6                                       UNITED STATES DISTRICT JUDGE

7   greene v. mccaleb order

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28