**FILED**

**JUDGMENT ENTERED**

_____May 20, 2005____
Date
by _____Greg Lucas_____
Deputy Clerk
U.S. District Court
Eastern District of California
__X____ FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

CHARLES ANTHONY GREENE,

      Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-05-555 OWW/DLB

NEAL McCALEB, et al.,

      Defendant.
_____/

      DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:

      JACK L. WAGNER, Clerk

      /s/ GREG LUCAS
By:
      Deputy Clerk

jgm.civ
2/1/95